# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140071(49)(51)

THOMAS JANSON,
            Plaintiff-Appellee,

v

SAJEWSKI FUNERAL HOME, INC.,
            Defendant-Appellant.
_____

SC: 140071
COA: 284607
Wayne CC: 06-622578-NO

On order of the Chief Justice, the motion by defendant-appellant for extension to May 7, 2010 of the time for filing its brief and appendix is considered, and it is GRANTED. The motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2010

Clerk